**Opinion issued September 8, 2016**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-16-00578-CR
_____

### IN RE SAMUEL ROY JACKSON, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Samuel Roy Jackson, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus, "seeking relief from [a] void court order" rendered in the underlying proceeding.[1]  We dismiss the petition for want of jurisdiction.

---

[1]  The underlying case is *The State of Texas v. Samuel Roy Jackson*, cause number 913043, pending in the 183rd District Court of Harris County, Texas, the Honorable Vanessa Velasquez presiding.

Relator seeks relief from a final felony conviction. *See Jackson v. State,* No. 01–04–01137–CR, 2005 WL 3072018, at \*4 (Tex. App.—Houston [1st Dist.] Nov. 17, 2005, no pet.) (mem. op., not designated for publication) (affirming conviction). Because his petition involves a final post-conviction felony proceeding, article 11.07 of the Texas Code of Criminal Procedure governs and provides the exclusive means to challenge the conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon 2015); *Padieu v. Court of Appeals of Tex., Fifth Dist.,* 392 S.W.3d 115, 117 (Tex. Crim. App. 2013); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 482 (Tex. Crim. App. 1995). Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings. *See In re Briscoe,* 230 S.W.3d 196, 196–97 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding); *In re McAfee,* 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). "Article 11.07 contains no role for the courts of appeals." *In re Briscoe*, 230 S.W.3d at 196. Accordingly, we do not have jurisdiction over relator's mandamus petition.

We dismiss the petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).

2